924 A.2d 1193

IN THE MATTER OF ALLAN DZWILEWSKI, AN ATTORNEY
AT LAW (ATTORNEY NO. 006461973).

June 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–040, concluding that **ALLAN DZWILEWSKI** of **FLORHAM PARK,** who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 8.4(c)(conduct involving dishonesty, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALLAN DZWILEWSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.